PD-0320-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/25/2015 12:47:12 AM
Accepted 3/26/2015 10:50:45 AM
ABEL ACOSTA
CLERK

No. PD-_____

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

JOHNNY GABRIEL CASTRO,
Appellant,

vs.

THE STATE OF TEXAS,
Appellee

FILED IN
COURT OF CRIMINAL APPEALS

March 26, 2015

ABEL ACOSTA, CLERK

## ON PETITION FOR DISCRETIONARY REVIEW
FROM THE THIRD COURT OF APPEALS AT AUSTIN, TEXAS
APPEAL NO. 03-12-00730-CR
FROM TRAVIS COUNTY, TEXAS

## APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Appellant Johnny Gabriel Castro files his Motion for Extension of Time to File Petition for Discretionary Review, and respectfully states as follows:

The unpublished opinion of the Third Court of Appeals affirming appellant's conviction was issued March 13, 2015. The deadline for filing a petition for discretionary review ("PDR") in this court is Monday, April 13, 2015.

Appellant Castro's attorney on appeal was court-appointed, and will be filing a PDR on an unpaid, *pro bono* basis as Texas law does not authorize a court-appointed attorney for filing a PDR, and appellant does not have funds to hire an attorney for this appellate task.

Mr. Castro asks this court for a 30 day extension of time to file his PDR from the current deadline , making it due on or before Wednesday, May 13, 2015. Attorney Sherwood will be arguing a criminal appeal at the Fifth Circuit on April 8, 2015 in No. 14-50287, *United States of America v. Charles William St. Clair, VI*, and has an Appellant's Brief due on April 23, 2015 in the Fifth Circuit in No. 14-50908, *United States of America v. David Ernesto Martinez*. Because of these upcoming deadlines, attorney Sherwood will be unable to prepare a properly-researched and written PDR by the current deadline of April 13, 2015. Therefore, appellant requests a 30 day extension to May 13, 2015 to file his PDR.

This motion requesting an extension of time is not being brought for the purposes of delay only, but so that a properly drafted PDR may be presented to this court for its consideration in deciding whether to grant discretionary review.

WHEREFORE, PREMISES CONSIDERED, appellant Johnny Gabriel Castro respectfully prays that this court grant this motion and extend the time for filing his petition for discretionary review to May 13, 2015.

Respectfully submitted,

/s/ *Gregory Sherwood*

GREGORY SHERWOOD
Attorney
P.O. Box 200613
Austin, Texas 78720-0613
(512) 484-9029

Attorney on PDR for Appellant
JOHNNY GABRIEL CASTRO

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served on March 25, 2015 either through the State's electronic filing service provider ("EFSP") or by email upon the Travis County District Attorney's Office, P.O. Box 1748, Austin, Texas 78767 at email addresses: AppellateTCDA@co.travis.tx.us or scott.taliaferro@co.travis.tx.us, and either through the EFSP or by email upon the Office of the State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711 at its email address: information@spa.texas.gov.

/s/ *Gregory Sherwood*